# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**COURTNEY HURT,**

    **Petitioner,**

  **-vs-**

**UNITED STATES OF AMERICA,**

    **Respondent.**                **No. 11-CV-220-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on October 15, 2012, Petitioner's claims are **DISMISSED** with prejudice.

                              **NANCY J. ROSENSTENGEL,**
                              **CLERK OF COURT**

                      **BY:**       */s/Sara Jennings*
                                  **Deputy Clerk**

Dated: October 16, 2012

                        David R. Herndon
                        2012.10.16
                        13:08:39 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT